# United States Court of Appeals
## For the First Circuit

Nos. 19-1262
     19-1767

ROSIE D., by her parents John and Debra D.; TYRIEK H., by his mother Christine H.; JOSHUA D., by his mother Emelie D.; SHEENA M., by her mother Deborah D.; DEVIN E., by his grandmother Barbara E.; ANTON B., by his mother Lisa A.; SHAUN E., by his grandmother Jacquelyn E.; JERRY N., by his mother Susan P. on behalf of themselves and all others similarly situated,

Plaintiffs, Appellees,

NATHAN F., by his mother Tracey F.; SAMUEL L.; JOSE M.; TERRENCE M.; MARC ST. L.; NATISHA M.; SARAH B.; FORREST W.; JASON S.; SHENTELLE G.; CHRISTINE Q.; KRISTIN P.; CHRIS T.; CHELSEA T.; RALPH B.; TEVIN W.; DANIELLE H.; JANICE B.; KRISTIN H.,

Plaintiffs,

v.

CHARLES D. BAKER, Governor of Massachusetts; MARYLOU SUDDERS, Secretary of the Executive Office of Health and Human Services; MICHAEL HEFFERNAN, Secretary of the Executive Office of Administration and Finance; DANIEL TSAI, Assistant Secretary for MassHealth,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on May 4, 2020, is amended as follows:

On page 13, line 16, add "(2015)" after "374".